**Gregory W. BREEDEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52970.**

Missouri Court of Appeals,
Western District.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and EDWIN H. SMITH, JJ.

***ORDER***

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).